**Order filed November 27, 2018**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00829-CV

———————

### LOULA P. GATOURA ET AL., Appellants

### V.

### NEC CORPORATION OF AMERICA, Appellees

---

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1092072-101**

---

## O R D E R

Appellants have not paid the filing fee of $205.00. On October 25, 2018, we issued an order stating we would dismiss the appeal if appellants did not pay the filing fee by November 5, 2018. The fee has not been paid. However, appellants have paid for the clerk's record, suggesting appellants intend to prosecute this appeal.

Accordingly, appellants are ordered to pay the filing fee in the amount of $205.00 to the clerk of this court by **December 7, 2018.** *See* Tex. R. App. P. 5. If appellants fail to timely pay the filing fee, the appeal will be dismissed.

PER CURIAM